

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2013

No. 04-13-00645-CV

Raul **GALAZ**,
Appellant

v.

**CHASE BANK USA**, N.A., and Vion Holdings LLC Assignee of Chase Bank USA, N.A.,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 369246
Honorable Jason Pulliam, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.  It is ORDERED that Appellees recover costs of court for this appeal from Appellant.

It is so **ORDERED** on October 23, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2013.

_____
Keith E. Hottle, Clerk